NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1194
(Serial No. 77/107,926)

IN RE PAVEL MASLYUKOV

Appeal from the United States Patent and Trademark Office, Trademark
Trial and Appeal Board.

ORDER

Pavel Maslyukov moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

Maslyukov's motion is deemed moot in light of this court's order dismissing his

appeal.

**JUN - 5 2009**

_____
Date

cc:  Pavel Maslyukov
     Raymond T. Chen, Esq.

s19

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 05 2009

JAN HORBALY
CLERK